IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 1 6 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| BILLY JULIUS PORTER, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE 5:18-cv-00640 |
| § | |
| UNITED STATES OF § | |
| AMERICA, AND ANDREW § | |
| RAIBER § | |
| § | |
| § | |
| Defendants. | |

### PETITION: Federal Lawsuit

**COMPLAINT:** The basis for the claim which entitles Plaintiff to seek relief against Defendant On about March, 9, 2016 Andrew Raiber the Supervisory Contract Specialist, Network Contracting Office 16 made a defamatory statement to disallow my workmen's compensation claims Andrew Raiber, knowingly made the following false statement that I was intoxicated, willful misconduct, and that I had intentionally caused the injuries to myself. I am also seeking damages for pain and suffering to include mental anguish, due to the fact that Rick Lemmon, Randy Hays, Aaron Villalpando, and Andrew Raiber ordered me to return to work against my doctor orders.

**RELIEF:** Plaintiff seeks: ☐ damages in the amount of $75,000.00. ☐ return of personal property as described as follows (be specific): ---------------- which has a value of $ _____ . Additionally, Plaintiff seeks the following: Claim ta be allowed and attorney fees

☐ I hereby consent for the answer and any other motions or pleadings to be sent to my email address as follows: _____

Billy Julius Porter Jr
Plaintiff's Printed Name

_____
Signature of Plaintiff
or Plaintiff's Attorney

 113 Brook Bend 
Address of Plaintiff or Plaintiff's Attorney

| Cibolo | TX | 78108 |
|--------|-------|-------|
| City | State | Zip |

 (210) 218-9786 - Fax (210)384-2500 
Phone & Fax No. of Plaintiff
or Plaintiff's Attorney

## CERTIFICATE OF SERVICE

I, __Billy Julius Porter Jr__, Plaintiff pro se, do here by certify that on the __13__ Day of __July__, 20 __18__, a true and correct copy of the foregoing pleading was forwarded to __Andrew Raiber__, the attorney for (Defendant) by __(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)__ at the following address: __(give address of Attorney for the Defendant)__.

__James F. Gilligan__

__Assistant United States Attorney,__

__601 N.W. Loop 410, Suite 600__

__San Antonio, TX 78216. (210) 384-7345__


Dated: __July 13, 2018__

_Signature of Plaintiff_