IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BILLY JULIUS PORTER, JR., §
§
Plaintiff, §
§
v. § CASE 5:18-cv-00640
§
UNITED STATES OF §
AMERICA, AND DAVID §
MILLER §
§
§
Defendants.

**FILED**

JUL 1 6 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## **PETITION: Federal Lawsuit**

**COMPLAINT:** The basis for the claim which entitles Plaintiff to seek relief against Defendant On about March, 9, 2016 David Miller the Supervisory Contract Specialist, Network Contracting Office 16, fabricate a statement that I had refused ambulance to take me to the emergency after being injury at the workplace. He also stated that I had no one there to assistance me before and after work. He also mislead the claim examiner stating that the stairs had never had no issue with employees injuries themselves. His false statement caused claim to disallow my workmen's compensation claims. David Miller, knowingly did not inform the claim examiner that I was <u>not</u> intoxicated when he had observe me in the office the entire day. I am seeking damages for pain and suffering to include mental anguish, due to the fact that Rick Lemmon, Calvin Ma, Randy Hays, Aaron Villalpando, and Andrew Raiber ordered me to return to work against my doctor orders.

**RELIEF:** Plaintiff seeks is damages in the amount of $75,000.00.

☐ I hereby consent for the answer and any other motions or pleadings to be sent to my email address as follows:

_____

Billy Julius Porter Jr  
Plaintiff's Printed Name

Signature of Plaintiff  
or Plaintiff's Attorney

 113 Brook Bend 
Address of Plaintiff or Plaintiff's Attorney

 Cibolo     TX     78108 
City        State      Zip

 (210) 218-9786 - Fax (210)384-2500 
Phone & Fax No. of Plaintiff  
or Plaintiff's Attorney

# CERTIFICATE OF SERVICE

I, __Billy Julius Porter Jr__, Plaintiff pro se, do here by certify that on the __13__ Day of __July__, 20 __18__, a true and correct copy of the foregoing pleading was forwarded to __David Miller__, the attorney for (Defendant) by __(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)__ at the following address: __(give address of Attorney for the Defendant)__.

__James F. Gilligan__

Assistant United States Attorney,

601 N.W. Loop 410, Suite 600

San Antonio, TX 78216. (210) 384-7345

Dated: __July 13, 2018__

_[signature]_
Signature of Plaintiff